THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* C. VINCENT RICCARDI, Appellant.

Submitted April 14, 1941; decided April 24, 1941.

Motion for reargument denied.   (See 285 N. Y. 21.)